| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leonard, Tim D | U.S. District Court, Oklahoma | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 5012 U.S. Courthouse 200 N.W. Fourth Street Oklahoma City, OK 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | C See Sec. VIII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Oklahoma Public Employees Retirement | $ 13,628.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Leadership Oklahoma, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Tulsa School of Law | Tulsa, OK, December 8, 2005, Symposium on the United States Supreme Court (hotel and meal) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Leonard, Tim D | | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property # 1, Beaver Co, OK (1980 for $50,000) | C | Rent | K | R | | | | | |
| 2. Leonard Mt Inv LLC real estate Gunnison Co. CO | A | Rent | N | R | | | | | |
| 3. Oil & Gas Royalty Interest, Beaver Co, OK | E | Royalty | K | W | | | | | |
| 4. Oil & Gas Working Interest, Beaver Co, OK Armagost Unit | E | Royalty | L | W | | | | | |
| 5. Oil & Gas Working Interest, Beaver Co, OK, Leonard # 1 | D | Royalty | L | W | | | | | |
| 6. Oil & Gas Working Interest, Beaver Co, OK, Barby # 1 | D | Royalty | L | W | | | | | |
| 7. Oil & Gas Royalty Interest, Meade Co, KS appraisal 3/18/97 | D | Royalty | K | Q | | | | | |
| 8. IRA Acct - Fidelity Growth & Income Mutual Funds | A | Dividend | K | T | | | | | |
| 9. OK Public Employees Retirement, Okla. City, OK | D | Dividend | K | W | | | | | |
| 10. Cash Value Life Insurance, Chattanooga, TN | A | Interest | K | T | | | | | |
| 11. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 12. Bank of Okla - Savings, Okla. City, OK | A | Interest | K | T | | | | | |
| 13. Fidelity Mutual Funds - Spartan Market Index (X) | A | Dividend | K | T | | | | | |
| 14. Fidelity Mutual Funds - Dividend Growth (X) | A | Dividend | L | T | sell portion | 10/17 | K | | |
| 15. Fidelity Mutual Funds - Growth & Income (X) | A | Dividend | K | T | sell portion | 10/17 | K | | |
| 16. Fidelity Mutual Funds - Growth Company (X) | A | Dividend | J | T | | | | | |
| 17. Fidelity Mutual Funds - Aggressive Growth (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | | | |
| | U =Book Value | V =Other | S =Assessment | T =Cash Market | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Mutual FUnds - Cash Reserve (X) | A | Dividend | J | T | | | | | |
| 19. Devon Energy - Common Stock (X) | A | Dividend | K | T | | | | | |
| 20. Noble Corporation - Common Stock (X) | A | Dividend | K | T | | | | | |
| 21. Charles Schwab Money Market Fund (X) | A | Interest | J | T | | | | | |
| 22. Property #1, Okla County, OK (appraisal July 2003) (X) | | None | N | Q | | | | | |
| 23. Property #2, Beaver County, OK (appraisal July 2003) (X) | C | Rent | | | sold | 5/17 | K | | |
| 24. Mortgage Note # 1 (X) | B | Interest | | | released | 9/5 | | | |
| 25. Mortgage Note # 2 (X) | B | Interest | K | T | | | | | |
| 26. Mortgage Note # 3 (X) | B | Interest | K | T | | | | | |
| 27. Non-producing Royalty Interest, Brazoria Co, TX (X) | | None | J | W | | | | | |
| 28. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 29. Bank of Okla - CD - Okla. City, OK | A | Interest | K | T | | | | | |
| 30. IRA Acct - CD - Bank of Beaver, OK | B | Interest | K | T | | | | | |
| 31. Vanguard 500 Index Mutual Funds | A | Dividend | K | T | | | | | |
| 32. Vanquard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 33. Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 34. Fidelity Mutual FUnds - Growth & Income | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Small Capitol Stock | A | Dividend | J | T | | | | | |
| 36. Citizens Index Mutual Funds | A | Dividend | J | T | | | | | |
| 37. Stillwater National Bank - Savings - Stillwater, OK | A | Interest | J | T | | | | | |
| 38. Oakmark Equity & Income Fund | A | Dividend | J | T | | | | | |
| 39. Oakmark Equity & Income Fund | A | Dividend | J | T | | | | | |
| 40. Oakmark Global Fund | A | Dividend | J | T | | | | | |
| 41. ING Direct - CD | A | Interest | | | Redeemed | 8/4 | J | | |
| 42. ING Direct - CD | A | Interest | J | T | | | | | |
| 43. ING Direct - CD | A | Interest | J | T | | | | | |
| 44. ING Direct - CD | A | Interest | J | T | | | | | |
| 45. Legacy - CD | A | Interest | K | T | | | | | |
| 46. ReliaStar Insurance Annuity Acct (ING) | A | Interest | J | T | | | | | |
| 47. TIAA CREF - Annuity | A | Interest | L | T | | | | | |
| 48. First Oklahoma Investment LLC | A | Interest | J | T | Buy | 3/10 | J | | |
| 49. PERSONAL REPRESENTATIVE TO "A" | | | | | | | | | |
| 50. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | | | Closed/Distr | 5/5 | | | See Sec. VIII |
| 51. PERSONAL REPRESENTATIVE TO "B" | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | | | Closed/Distr | 4/18 | | | See Sec. VIII |
| 53. TRUSTEE TO "C" | | | | | | | | | |
| 54. Leonard Mt Inv LLC, real estate Gunnison Co, CO ($60,000) | A | Rent | | | Trust Closed | 5/13 | L | | |
| 55. Bank of Okla - Money Market, Okla. City, OK | A | Interest | | | Trust Closed | 5/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leonard, Tim D | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sec. I.4: As Trustee to "C", I received no income or benefits.

Sec. VII, Lines 50: This account represents a small checking account left open to pay final cost of administration for the estate to which I was Personal Representative in 2004.

Sec. VII, Lines 52: This account represents a small checking account left open to pay final cost of administration for the estate to which I was Personal Representative in 2004.

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544